IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAPPHIRE CROSSING LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-1136 (MN) (CJB) ) |
| SANSAN CORP., | ) ) |
| Defendant. | ) ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 23rd day of April 2021:

WHEREAS, on April 7, 2021, Magistrate Judge Burke issued a Report and Recommendation ("the Report") (D.I. 38) in this action, recommending that the Court grant-in-part and deny-in-part Defendant Sansan Corp.'s motions to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (D.I. 11); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation is ADOPTED.

Defendant Sansan Corp.'s Motion to Dismiss (D.I. 11) is GRANTED-IN-PART and DENIED-IN-PART. The divided direct infringement claims alleged in the First Amended Complaint (D.I. 9) are DISMISSED WITH PREJUDICE. The motion is DENIED as to all other requested relief.

The Honorable Maryellen Noreika
United States District Court Judge